DISTRICT COURT OF COLORADO   DATE: 11/12/2024
212 N. Wahsatch Ave. Colorado Springs, CO 80903

Plaintiff: Channing Curry
vs.
Defendant(s): Officer (Doe) Singer, (Doe) Officer, Lamar Police Department, City of Lamar, Prowers County Combined Courts, Doe Defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 18, 2024
JEFFREY P. COLWELL, CLERK

▲ COURT USE ONLY ▲

Pro Se Plaintiff: Channing Curry
Inmate Admin # A 0317007
2739 E. Las Vegas, Colorado Springs, CO 80906

Case #
Courtroom:
Division:

INMATE COMPLAINT PURSUANT TO TITLE 42 SECTION 1983 CIVIL ACTION (or BIVENS)

1. DID THIS OCCURE IN THE STATE OF COLORADO?
   ☑ YES
   ☐ NO

2. ARE THE PLAINTIFF(S) FILING AGAINST OFFICIAL OR PERSONAL CAPACITY?
   ☐ OFFICIAL
   ☐ PERSONAL
   ☑ BOTH

3. DID THIS OCCUR LESS THAN TWO YEARS AGO?
   ☑ YES
   ☐ NO

4. ARE YOU AN INDIGENT INMATE IN THE STATE OF COLORADO?
   ☑ YES
   ☐ NO

PAGE 1 OF 2

DISTRICT COURT OF COLORADO
212 N. Wahsatch Ave. Colorado Springs, CO 80903       DATE: 11/12/2024

PLAINTIFF: Channing Curry

VS.

DEFENDANT(s): Officer (DOE) Singer, (DOE) officer, LAMAR POLICE DEPARTMENT, CITY OF LAMAR, PROWERS COUNTY COMBINED COURTS, DOE DEFENDANT(S)

▲ COURT USE ONLY ▲

CASE #:
Courtroom:
Division:

INMATE COMPLAINT PURSUANT TO TITLE 42 SECTION 1983 (CONTINUED) (page 2 of 2)

STATE CLEARLY AND CONCISLEY WHICH RIGHTS WERE ALLEGEDLY VIOLATED AND A SHORT SUMMARY OF WHAT OCCURRED:

(A) On or about October 8, 2024, officer Singer & another unknown officer of LAMAR POLICE DEPARTMENT knowingly excercized EXTREME and EXCESSIVE FORCE while allegedly executing a search warrant on the plaintiff(s) home. Plaintiff was not in the home while officer(s) arrived, as he was pulling up to the home on a bicycle. Plaintiff was punched in the face and attacked by officers VICIOUSLY. Officers handcuffed plaintiff, then proceeded to VIOLENTLY "superman punch" plaintiff directly in the chest, exactly where his heart is, that resulted in internal injury(s) to plaintiff's chest.

6., PRAYER FOR RELIEF:

(A) STAY OF EXECUTION IN ALL CURRENT CRIMINAL MATTERS IN PROWERS COUNTY.
(B) Restraining order against ALL defendant(s), and/or individual defendant(s) named in the complaint.
(C) Monetary relief of $2.8 MILLION U.S. Dollars and ZERO cents.
(D) Monetary Relief of $50,000.00 U.S. Dollars and 0 cents for medical bills.
↳ PAIN AND SUFFERING

Certificate of Service

I, Channing Curry, certify under penalty of perjury, that this document and it's contents are true and correct, and sent to the DISTRICT COURT OF COLORADO at 212 Wahsatch Ave. Colorado Springs, CO 80903 on 11/12/2024  Channing Curry

PAGE 2 of 2

Name: Channing Curry
Admit #: 031700
Criminal Justice Center
2739 E Las Vegas Street
Colorado Springs, CO 80906

LEGAL MAIL
13 NOV 2024 PM 9 L

UNCENSORED
INMATE MAIL

NEOPOST  FIRST-CLASS MAIL
11/13/2024
US POSTAGE $000.69⁰
ZIP 80906
041M11284826

DISTRICT COURT OF COLORADO
212 N. Wahsatch Ave.
Colorado Springs, CO
80903

REC'D
IN CLS
11.18.2024