FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 11 2024

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-CV-03243-RTG

(To be supplied by the court)

Channing Curry, Plaintiff

v.

Steve Sanger,

Peter James Wilson,

Chad Miller,

"DOE", Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

---

## PRISONER COMPLAINT (Amended)

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Channing Curry, A0317001, 2739 E. Las Vegas St, Colorado Springs, CO 80906
(Name, prisoner identification number, and complete mailing address)

N/A
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- [✓] Pretrial detainee
- [✓] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other: (*Please explain*) _____

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Steve Sanger, Police officer
(Name, job title, and complete mailing address)
Lamar Police Department
102 E. Parmenter, Lamar, CO 81052

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? [✓] Yes ___ No (*check one*). Briefly explain:

Officer Sanger was in a uniform working for Lamar Police Department.

Defendant 1 is being sued in his/her ___ individual and/or [✓] official capacity.

2

Defendant 2: **Peter James Wilson, Sgt. Lamar Police Dept.**
(Name, job title, and complete mailing address)

**102 E. Parmenter, Lamar CO 81052**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

**Sgt Peter James Wilson was acting as a police officer for Lamar Police Dept.**

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: **Chad Miller, Sgt. of Lamar Police Dept.**
(Name, job title, and complete mailing address)

**102 E. Parmenter, Lamar CO 81052**

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

**Sgt. Chad Miller was acting as a police officer for Lamar Police Dept.**

Defendant 3 is being sued in his/her ___ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ State/Local Official (42 U.S.C. § 1983)

✓ Federal Official
   As to the federal official, are you seeking:
   ✓ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
   ✓ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: *(please identify)* _____

3

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: __Excessive Force__

Claim one is asserted against these Defendant(s):

1. Peter James Wilson
2. Chad Miller
3. "DOE" (unknown officer)
4. Steve Sanger

Supporting facts:

On October 8 in the year of our Lord 2024, on the property of 20 Paseo Place in Lamar Colorado, 81052, Sgt. Peter James Wilson, Chad Miller, and other officers executed a search warrant to search Plaintiff Curry's Home. Plaintiff Curry and Sgt. Wilson (or Miller) arrived at 20 Paseo Place in the front yard about the same moment as one another. The police officer advised Plaintiff Curry that they had a warrant to search his home. (See attached) (pg. 1 of 3)

D. Statement of Claims (continued)(Pg. 2 of 3)

Supporting Facts: (Continued)

Plaintiff Curry told the officers to leave the property. The officers responded by violently beating Plaintiff Curry. Officers repeatedly "superman punched" Plaintiff Curry BEFORE and AFTER Plaintiff Curry was placed in handcuffs for unknown reasons at the time this occurred.

Plaintiff Curry went to the emergency room two-three days after, on or about October 10, 2024 at Prowers Medical Center in Lamar Colorado, where it was declared that Plaintiff Curry had internal damage

(see attached pg. 2 of 3)

D. Statement of claims (continued pg. 3 of 3)
Supporting Facts: (continued)

to Plaintiff Curry's chest. Plaintiff is still getting further treatment and diagnosis of the internal damage to his chest, however, official diagnosis was confirmed by Prowers Medical Center caused directly from the malicious attempt to what appeared as possible attempted murder, in plaintiff's very humble opinion. The officers vicious blows to Plaintiff's chest even AFTER Mr. Curry was handcuffed, directly where his heart is, resulted in internal injury declared by Prowers Medical Center.

I, Channing Curry, certify under penalty of perjury, that the above stated words are true and correct.

12/05/2024
Date

Plaintiff Signature

E.  PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): PROWERS COUNTY

Docket number and court: 1:23-CV-01331

Claims raised: Malicious Prosecution

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Dismissed due to Plaintiff's inability to figure out electronic filing and how it worked after release

Reasons for dismissal, if dismissed: Unknown

Result on appeal, if appealed: _____

F.  ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1., A permanent Protection order against all Defendants.

2., An immediate dismissal of all criminal cases regarding Channing Corry and criminal matters with Prowers County Combined Courts.

3., Two Million, eight-hundred thousand U.S. dollars for present and future medical expenses. ($2,800,000.00 U.S. Dollars)

4., Four Million U.S. Dollars in monetary relief for pain and suffering. ($4,000,000.00 U.S. Dollars.)

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12/05/2024
(Date)

(Revised November 2022)

6

NEOPOST 12/09/2024
FIRST-CLASS MAIL
US POSTAGE $002.31⁰
ZIP 80906
041M11284826

UNCENSORED
INMATE MAIL

(illegible) Channing
Criminal Justice Center
De___on Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906

LEGAL MAIL

A031700

OFFICE OF THE CLERK
United States District Court
Alfred A. Arraj Courthouse
901 - 19th St. Room A105
Denver, CO
80244-3589

Official Business