IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03243-LTB-RTG

CHANNING CURRY,

    Plaintiff,

v.

CHAD MILLER,
PETER JAMES WILSON,
LAMAR POLICE DEPARTMENT, and
CITY OF LAMAR, et al.,

    Defendants.

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge filed January 22, 2025 (ECF No. 18). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on January 22, 2025. No timely objection to the Recommendation has been filed, and Plaintiff is therefore barred from de novo review.

Accordingly, for the foregoing reasons, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 18) is accepted and adopted. It is

FURTHER ORDERED that Plaintiff's claims in the "Prisoner Complaint (Amended)" (ECF No. 14) asserted against the Lamar Police Department, the City of

Lamar, and Prowers County are dismissed without prejudice for failure to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. It is

FURTHER ORDERED that the Lamar Police Department, the City of Lamar, and Prowers County are dismissed as parties to this action. It is

FURTHER ORDERED that Plaintiff's claims in the "Prisoner Complaint (Amended)" (ECF No. 14) asserted against Defendants Chad Miller and Peter James Wilson are drawn to a presiding judge and, if applicable, to a magistrate judge. It is

FURTHER ORDERED that Plaintiff's Motion for Temporary Protection Order (ECF No. 19) is DENIED because the motion is procedurally deficient and Plaintiff also fails to allege specific facts clearly showing that immediate and irreparable injury, loss, or damage will result before the adverse party can be heard in opposition.

DATED: February 19, 2025.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court